UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

SHAVELL BRADEN,
on behalf of herself and
all others similarly situated,

      Plaintiff,                          Case No. 18-cv-1738

      v.

METRO MORTHWEST, LLC

      Defendant

---

**VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

Plaintiff hereby stipulates pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed without prejudice.

Dated: January 30, 2019      By: *s/ Scott S. Luzi*
                                                  Scott S. Luzi, SBN 1067405
                                                  Walcheske & Luzi, LLC
                                                  15850 W. Bluemound Road, Suite 304
                                                  Brookfield, Wisconsin 53005
                                                  Telephone: (262) 780-1953
                                                  Email: sluzi@walcheskeluzi.com

                                                  *Attorneys for Plaintiff*